**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TIMOTHY L. EVANS                                                                                     PLAINTIFF
ADC # 800088

v.                                              5:05CV00233 SWW/HDY

LARRY NORRIS *et al.*                                                                              DEFENDANTS

**<u>ORDER</u>**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1) Defendants' Motion for Summary Judgment (docket entry #15) is GRANTED, and Defendants Norris, Brewer, Hobbs, and May are dismissed as party Defendants;

2) The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 11th day of May, 2006.

                                                  <u>/s/Susan Webber Wright</u>
                                                UNITED STATES DISTRICT JUDGE