# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TIMOTHY L. EVANS                                                                                    PLAINTIFF
ADC # 800088

5:05CV00233 SWW/HDY

LARRY NORRIS *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

(1) Defendants' Motion for Summary Judgment (docket entry #31) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE;

(2) The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order would not be taken in good faith.

DATED this 12th day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE