**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TIMOTHY L. EVANS                                                                                          PLAINTIFF
ADC # 800088

5:05CV00233 SWW/HDY

LARRY NORRIS *et al.*                                                                                  DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE